ARTHUR SCHULTZ, PLAINTIFF-PETITIONER, v. ROBERT WILSON, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 44 *N. J. Super.* 591.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. David D. Furman* for the respondents.

June 24, 1957. Denied.

WALTER H. MEWES, PETITIONER-RESPONDENT, v. UNION BUILDING & CONSTRUCTION CO., RESPONDENT-PE-TITIONER.

See same case below: 45 *N. J. Super.* 88.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Charles L. Morgan* for the respondent.

June 24, 1957. Denied.